JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA C., <br> Plaintiff, <br> v. <br> ANDREW M. SAUL, Commissioner of Social Security Administration, <br> Defendant. | No. CV 18-10665 FFM <br><br> JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: March 23, 2020

    /S/FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge